JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. TAPIA,<br><br>            Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 8:19-cv-02032-JLS (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)] |

    Pending before the Court is a joint stipulation to dismiss the action with prejudice. (Doc. 19). Having reviewed the stipulation, and good cause appearing, the Court **GRANTS** the stipulation and **DISMISSES** the action, including all claims asserted by Plaintiff Rosa M. Tapia in her Complaint, **WITH PREJUDICE**. Each party is to bear their own attorneys' fees and costs of suit. The Clerk is instructed to terminate the action.

**IT IS SO ORDERED.**

Dated: December 18, 2020

                                              Hon. Josephine L. Staton
                                              United States District Court Judge